J. J. GAVIN & CO., INC. (HEYMAN COMPANY) v. UNITED STATES

No. 7936.—

Entry Nos. 35372; 00637.

(Decided January 19, 1951)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiff.

*David N. Edelstein,* Assistant Attorney General (*Richard E. FitzGibbon,* special attorney), for the defendant.

JOHNSON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed by and between the attorneys for the parties hereto, subject to approval by the Court:

That the merchandise and issues involved in the instant appeals to reappraisement are similar in all material respects to the merchandise and issues involved in *United States* v. *J. J. Gavin & Co., Inc.* (*Soeldner-Heyman Company*), Reappraisement No. 7808;

That on or about the dates of exportation such merchandise was freely offered for sale to all purchasers for home consumption in the principal market of India in the usual wholesale quantities and in the ordinary course of trade, in condition, packed ready for shipment to the United States at the following prices:

Dubak quality—73 Rs. 8 Annas 9 Pi per ton of 2,240 lbs.
Besta quality—80 Rs. 8 Annas 9 Pi per ton of 2,240 lbs.

That on or about the dates of exportation such or similar merchandise was not freely offered for sale in India for export to the United States;

That the record in *United States* v. *J. J. Gavin & Company, Inc.,* Reappraisement No. 7808 be received in evidence and the instant appeals to reappraisement submitted on such record and this stipulation.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, as amended by section 8 of the Customs Administrative Act of 1938, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are as follows:

Dubak quality—73 Rs. 8 Annas 9 Pi per ton of 2,240 lbs.
Besta quality—80 Rs. 8 Annas 9 Pi per ton of 2,240 lbs.

Judgment will be entered accordingly.